## McGAHA v. NANCY'S STYLING SALON

No. 273P88.

Case below: 90 N.C. App. 214.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## MILLER BREWING CO. v.
## MORGAN MECHANICAL CONTRACTORS, INC.

No. 318P88.

Case below: 90 N.C. App. 310.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## MISHLER v. MISHLER

No. 225P88.

Case below: 90 N.C. App. 72.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## NANCE v. NEASHAM

No. 342P88.

Case below: 90 N.C. App. 611.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988. Petition by defendants for writ of supersedeas and temporary stay denied 7 September 1988.

## PARSONS v. PARSONS

No. 259P88.

Case below: 90 N.C. App. 148.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.